IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

UNITED STATES OF AMERICA,

    Plaintiff,

v.                                   Case No. 04-20359-M

OSCAR SOTO,

    Defendant.

## ORDER EXCUSING PRESENCE AND GRANTING CONTINUANCE

This cause came on to be heard on motion of defendant to continue his case to allow additional time to prepare. Upon statement of counsel and the record as a whole, the Court finds the matter well taken and grants the motion to continue and the presence of the defendant is excused.

_____
Jon P. McCalla, District Court Judge

Dated: May 24, 2005

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 163 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on May 26, 2005 to the parties listed.

---

Mark Bowman
LAW OFFICES OF GARY GREEN
40 North Pauline
Memphis, TN 38105

Charles E. Waldman
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

L. Daniel Johnson
JOHNSON COCKE & BRANDON
254 Court Ave.
Ste. 300
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Matthew Ian John
WALDMAN & ASSOCIATES
200 Jefferson Ave.
Ste. 210
Memphis, TN 38103

Bruce I. Griffey
LAW OFFICES OF BRUCE I. GRIFFEY
142 North Third St.
3rd Floor
Memphis, TN 38103

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

William D. Massey
MASSEY & MCCLUSKY
3074 East Street
Memphis, TN 38128

Honorable Jon McCalla
US DISTRICT COURT