IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

FILED BY ule D.C.

05 JUL -8 PM 4:51

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| Plaintiff, ) | |
| VS. ) | CR. NO. 04-20359-Ml |
| OSCAR SOTO ) | |
| Defendant. ) | |

### ORDER ON CHANGE OF PLEA

This cause came to be heard on July 7, 2005, the United States Attorney for this district, David Henry, appearing for the Government and the defendant, Oscar Soto, appearing in person and with counsel, Linda Kendall Garner, who represented the defendant.

With leave of the Court, the defendant withdrew the not guilty plea heretofore entered and entered a plea of guilty to Count 1 of the Indictment.

Plea colloquy was held and the Court accepted the guilty plea.

**SENTENCING** in this case is **SET** for **TUESDAY, OCTOBER 4, 2005, at 9:00 a.m., in Courtroom No. 4, on the 9th floor before Judge Jon Phipps McCalla.**

Defendant is allowed to remain released on present bond.

**ENTERED** this the __8__ day of July, 2005.

JON PHIPPS McCALLA
UNITED STATES DISTRICT JUDGE

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on  7-11-05

(180)

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 180 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on July 11, 2005 to the parties listed.

---

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT