IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | |
| vs. ) | Criminal No. 04-20359-MI |
| OSCAR SOTO, ) | |
| Defendant. ) | |

## ORDER DISMISSING COUNT(S)

Upon Motion of the United States of America and for good cause shown, the remaining Count(s) of the above referenced indictment, to wit: Count 2, is hereby DISMISSED.

_____10/4/05_____    _____/s/ Jon P. McCalla_____
Date                              Hon. Jon P. McCalla
                                      United States District Judge

FILED IN OPEN COURT
DATE: 10/4/05
TIME: 9:45 AM
INITIALS: JPW

1

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on __10-4-05__



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 207 in case 2:04-CR-20359 was distributed by fax, mail, or direct printing on October 4, 2005 to the parties listed.

---

David Charles Henry
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Linda Kendall Garner
LAW OFFICE OF LINDA KENDALL GARNER
217 Exchange Ave.
Memphis, TN 38105

Honorable Jon McCalla
US DISTRICT COURT